UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGIA DAVEY ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITAL MANAGEMENT SERVICES, LP AND ) <br> VELOCITY INVESTMENTS, LLC ) <br>     Defendants ) <br> ) | CIVIL ACTION NO. <br> 3:13-CV-00430-VLB <br><br><br><br><br> APRIL 19, 2013 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Georgia Davey, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed, without costs or attorney's fees.

                                            Plaintiff, Georgia Davey

                                            By/s/Daniel S. Blinn
                                            Daniel S. Blinn  (ct02188)
                                            Consumer Law Group, LLC
                                            35 Cold Spring Road, Suite 512
                                            Rocky Hill, CT  06067
                                            (860) 571-0408
                                            Fax: (860) 571-7457
                                            dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 19th day of April, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/Daniel S. Blinn
                                            Daniel S. Blinn